

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Rosa  Maria  Garcia Gonzalez v. Danielle Melgoza

Appellate case number:   01-21-00243-CV

Trial court case number:  2020-08337

Trial court:                     55th District Court of Harris County

Appellant's brief was due November 9, 2021.  Appellant has filed a second motion for extension of time to file her brief, asking for an additional 30 days because the parties have verbally reached a settlement agreement.

The motion is granted.  Appellant's brief will be due 30 days from the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
           ☑ Acting individually     ☐ Acting for the Court


Date:   __November 23, 2021___